**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**DEC 15 2015**

Abel Acosta, Clerk

PD-0590-15

To Hon. Abel Acosta, Clerk.

My name is Samuel Ferralez #1809763 in TR.cT. No. 1246930D    PD-0590-15

I mailed my reDrawn petition for discretionary on Nov. 14th 2015 On 11-22-2015 i recieved a card letting me know said PDR was filed on 11-25-2015 i recieved a card stating dismissed as untimely filed.

Under rule 9.2 (b) (1) Timely filling.

A document recieved withen ten days after

the filling deadline is considered timely

filled if;

(A) it was sent to the proper clerk by

United States Postal Service.

(B) it was placed in a envelope properly

Addressed and stamped.

If need be i can send letter from mall

room showing it was sent.

Thank You

Samuel Ferralez 1809763

SAmuel Ferralez 1809763
Allred
2101 Fm 369 N
Iowa Park Tx 76367

NORTH TEXAS TX PRDC
DALLAS TX 750
11 DEC 2015 PM 12 L

Abel Acosta, Clerk
Court of Criminal Appeals
Of Texas
Po Box 12308, Cap'itol
Station, Austin Texas 78711

78711230808